```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30449
   BEVERLY A BAINES
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-2091


-----------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/03/05 and confirmed on 10/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18980.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------------
AMCA                       UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED          14497.84           .00         3398.38
THE CHICAGO DEPT OF REVE   UNSECURED           6502.78           .00         1524.29
DIABETES                   UNSECURED         NOT FILED           .00             .00
FINANCIAL CREDIT CORP      UNSECURED         NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           4752.68           .00         1114.06
KENNETH MARGULES MD        UNSECURED         NOT FILED           .00             .00
NANCY WALLACE DMD          UNSECURED         NOT FILED           .00             .00
NORTH SUBURBAN DERMATOLO   UNSECURED         NOT FILED           .00             .00
PEOPLES ENERGY             UNSECURED         NOT FILED           .00             .00
PEOPLES GAS                UNSECURED - C       531.20            .00           19.39
QUEST DIAGNOSTICS          UNSECURED         NOT FILED           .00             .00
SBC AMERITECH              UNSECURED         NOT FILED           .00             .00
TLC MANAGEMENT CO          UNSECURED         NOT FILED           .00             .00
SALLIE MAE GUARANTEE SER   UNSECURED          37646.93           .00         8824.67
RESURGENT CAPITAL SERVIC   UNSECURED            291.31           .00           68.28
ASSET ACCEPTANCE CORP      UNSECURED           1023.95           .00          240.02
TIMOTHY K LIOU             FILED LATE             .00            .00             .00
         Summary of disbursements:

                        SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00     64715.49      531.20      65246.69
PRINCIPAL PAID              .00           .00     15169.70       19.39      15189.09
INTEREST PAID               .00           .00          .00         .00           .00
TOTAL PAID                  .00           .00     15169.70       19.39      15189.09
The Debtor's attorney, DAVID M SIEGEL                , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     830.91 .
```

Refunds to the Debtor totaled $   260.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE